Rose STUP, Appellant, v. UNITED STATES of America, Appellee.

No. 9964.

Circuit Court of Appeals, Ninth Circuit.

Feb. 9, 1942.

Robert M. Holstein, of Sacramento, Cal., for appellant.

Carl C. Donaugh, U. S. Atty., and Edward B. Twining and C. Laird McKenna, Asst. U. S. Attys., all of Portland, Or., for appellee.

Before WILBUR, GARRECHT, and HEALY, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel for respective parties, and good cause therefor appearing, ordered appeal herein dismissed, that a judgment be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.